to obtain another, relator appeals.   Modified, by striking the leave to obtain a new writ, and affirmed.

See, also, 149 App. Div. 915, 133 N. Y. Supp. 1139.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOW-LING, and HOTCHKISS, JJ.

James F. Swanick, of New York City, for appellant.

Archibald R. Watson, Corp. Counsel, of New York City (William E. C. Mayer, of Brooklyn, of counsel, and Terence Farley, of New York City, on the brief), for respondents.

PER CURIAM.   The commissioner of charities removed the relator, after due service of notice of charges upon him, and after affording him an opportunity for explanation.   The charges were substantial. The commissioner found the explanation insufficient.   The proceedings taken were in conformity with the provisions of the statute.   Under such circumstances, the court will not review, in a mandamus proceeding, the action of the commissioner, and determine whether he ought to have been satisfied with the explanation tendered.   The demurrer to the alternative writ was properly sustained, but the order and the interlocutory judgment should not have granted leave to obtain a further writ upon the petition as filed.

The judgment and order appealed from should therefore be modified, by striking out the leave granted, and, as so modified, affirmed, with $10 costs and disbursements.

---

In re ROTH.

(Supreme Court, Appellate Division, First Department.   April 25, 1913.)

REFERENCE (§ 8*)—ACCOUNTS—ATTORNEY AND CLIENT.

  Where an attorney, having collected money for his client, claimed the right to retain a portion thereof for disbursements and services rendered, an order requiring him to deposit the moneys collected with the city chamberlain for the account of the client should be modified, by referring the matter to a referee for the statement of an account between the attorney and his client.

  [Ed. Note.—For other cases, see Reference, Cent. Dig. §§ 13–23;   Dec. Dig. § 8.*]

Appeal from Special Term, New York County.

In the matter of the application to require Herman L. Roth, an attorney, to pay over to Grace V. Grosz certain moneys collected and retained by him as her attorney.   From an order directing defendant Roth, as an attorney, to deposit moneys with the city chamberlain for the account of the petitioner, he appeals.   Modified and affirmed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOW-LING, and HOTCHKISS, JJ.

John Ewen, of New York City, for appellant.
Louis F. Doyle, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, by referring the matter to the referee therein named to take and state the account of Herman L. Roth with respect to the payment and disbursement by him of the sum of $4,081.84 to and on account of the said Grace V. Grosz, and also to take the proof offered in relation to the services rendered by the appellant and the value thereof, and as to the circumstances surrounding the execution of the so-called retainer, and, as so modified, affirmed, with $10 costs and disbursements to the respondent.

